**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEON WILLIAMS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No. 8:04-cv-1011-T-30EAJ**

**CITY OF TAMPA, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Strike and for Leave to Amend (Dkt. #65). The Court, having considered the motion, and being otherwise fully advised, finds that the motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Relief from Order of Dismissal and Motion for Enlargement of Time (Dkt. #65) is GRANTED.
2. Plaintiff may file an amended complaint within twenty (20) days of the date of this Order.
3. The Clerk is directed to DENY all pending motions as MOOT.

**DONE** and **ORDERED** in Tampa, Florida on July 1, 2005.

                                                 JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-1011.mot amnd cmplt.wpd