**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEON WILLIAMS,**

    **Plaintiff,**

v.                                                          **Case No. 8:04-cv-1011-T-30EAJ**

**CITY OF TAMPA, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default (Dkt. #75). Plaintiff seeks default asserting Defendants had failed to respond to the Second Amended Complaint. Plaintiff's Motion was filed with this Court on August 12, 2005. Prior to that date, Defendants had filed Motions to Dismiss the Second Amended Complaint or had sought extensions. Therefore, Plaintiff's Motion for Default (Dkt. #75) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on January 26, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2004\04-cv-1011.default 75.frm