**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEON WILLIAMS,**

    **Plaintiff,**

v.                                                      **Case No.  8:04-cv-1011-T-30EAJ**

**CITY OF TAMPA, et al.,**

    **Defendants.**
_____/

## ORDER STRIKING JOINDER COMPLAINT

THIS CAUSE comes before the Court upon Defendant Hillsborough County's Motions to Dismiss and/or Strike Joinder Complaint (Dkts. #82, #84) and Plaintiff's Joinder Complaint (Dkt. #81).  A review of the docket reveals that Plaintiff, on November 25, 2005, filed a pleading entitled "Joinder Complaint."  In the "Joinder Complaint," Plaintiff asserts that he was harmed because his criminal trial proceeded non-jury rather than by jury trial.

The Joinder Complaint is STRICKEN for two reasons:

1.    Plaintiff did not obtain Court approval prior to filing the "Joinder Complaint" as required by Rule 15, and

2.    It would have been futile to have sought such Court approval since these Defendants are not liable for trial court errors, if any, committed in Plaintiff's criminal trial proceedings.

It is therefore ORDERED AND ADJUDGED that:

    1.       Defendant Hillsborough County's Motions to Dismiss and/or Strike Joinder Complaint (Dkts. #82, #84) are GRANTED.

    2.       Plaintiff's "Joinder Complaint" is hereby STRICKEN.

**DONE** and **ORDERED** in Tampa, Florida on January 26, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2004\04-cv-1011.strike joinder.frm